**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6822**

KARSTEN O. ALLEN,

        Plaintiff - Appellant,

    v.

J. MAYO, Officer; J. SMITH, Officer; T. D. JOHNSON, Captain; J. FELTNER, Institutional Hearings Officer; T. S. FOREMAN, Unit Manager; ISRAEL HAMILTON, Warden; L. FIELDS, Unit Manager,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, Senior District Judge. (1:20-cv-00780-TSE-JFA)

Submitted: November 23, 2021          Decided: November 30, 2021

Before NIEMEYER, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karsten Obed Allen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karsten O. Allen, a Virginia inmate, appeals the district court's order granting Defendants summary judgment on Allen's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Mayo*, No. 1:20-cv-00780-TSE-JFA (E.D. Va. May 4, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
